Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CASSEE MARIE MCGANN,<br><br>Defendant. | DOCKET NO. 6:14-mj-139-MJS<br><br>**STATEMENT OF WITHDRAWAL OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Cassee Marie MCGANN, was arrested November 9, 2014, in Yosemite National Park and charged with one count on a citation: Citation 1864286: possession of drug paraphernalia (methamphetamine pipe).  MCGANN plead guilty January 6, 2015, to Citation 1864286, but judgment was deferred for 12 months. MCGANN was sentenced to the following: 12 months of unsupervised probation, pay a $250 fine and complete 25 hours community service within the first 11 months of probation, attend NA twice weekly for six months, obey all laws, and to report new law violations.  A review hearing was set for December 16, 2015 at 10:00 AM. The Government filed a Statement of Alleged Probation Violation(s) on December 9, 2015, alleging MCGANN failed to pay her fine and failed to complete her community service.

1

On December 11, 2015, the Yosemite Legal Office received proof that MCGANN had paid her fine in full and completed her community service. The Government withdraws its Statement of Alleged Probation Violation(s) in this matter and requests the Review Hearing on December 16, 2015, be vacated.

Dated: December 11, 2015                    By: /s/ Matthew McNease
                                            Matthew McNease
                                            Acting Legal Officer
                                            Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

For the reasons set forth above, the Statement of Alleged Probation Violation(s) in DOCKET NO. 6:14-mj-139-MJS is deemed withdrawn and the Review Hearing scheduled for December 16, 2015, is vacated.

IT IS SO ORDERED.

Dated:   December 14, 2015          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE