1  Susan St. Vincent
   Acting Legal Officer
2  Matthew McNease
   Acting Legal Officer
3  NATIONAL PARK SERVICE
   Legal Office
4  P.O. Box 517
   Yosemite, California  95389
5  Telephone:  (209) 372-0241
6

7

8

9                              UNITED STATES DISTRICT COURT

10                              EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,        DOCKET NO: 6:14-mj-139-MJS

13 |         Plaintiff,

14 |     v.                           **MOTION TO DISMISS; AND
                                      ORDER THEREON**
15 | CASSEE MARIE MCGANN,

16 |         Defendant.

17

18

19         Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of

20 Court endorsed hereon, the United States hereby moves the Court for an order of

21 dismissal without prejudice in the interest of justice, for Citation #1864286 – possession

22 of drug paraphernalia. MCGANN plead Guilty to Citation #1864286 – possession of drug

23 paraphernalia, on January 6, 2015, with a 12 month deferred entry of judgment, and was

24 ordered to 12 months of unsupervised probation, 25 hours community service, NA twice

25 weekly for 6 months, and a $250 fine. MCGANN has fully complied with the terms of her

26 probation.

27 //

28

Dated:  January 12, 2016               NATIONAL PARK SERVICE

                                                   /S/ Matthew McNease
                                                   Matthew McNease
                                                   Acting Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that Citation #1864286 in the above referenced matter, *United States v. Cassee Marie McGann*, 6:14-mj-139-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   January 13, 2016                    /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE